IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | §   No. 07-31409-H4-7-COVT |
| Kirk, Melanie R. | § |
| | §   Chapter 7 |
| | § |
| | § |
| DEBTOR(S) | § |

NOTICE OF CONVERSION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Melanie R. Kirk, Debtor in the above-referenced cause of action and files this her NOTICE OF CONVERSION, and in support thereof, would show this Honorable Court the following:

1. On 3/2/2007, Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code.

2. Debtor is not qualified to file a Chapter 13 inasmuch as Debtor does not have sufficient income to continue in her Chapter 13 plan.

3. This case has not been converted under Sections 1307, 1112 or 1208.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court grant this Notice and that Debtor be allowed to convert this bankruptcy from a Chapter 13 proceeding to a Chapter 7 Proceeding.

Respectfully submitted,

/s/ Michael G. Busby Jr.
Michael G. Busby Jr.
State Bar No. 24036294
1726 Augusta Drive, Suite 160
Houston, Texas 77057
Phone:(713) 974-1151
Fax: (713) 974-1181

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Conversion* was mailed via U.S. Mail, postage prepaid, first class mail, and certified mail, return receipt requested, as indicated, to the following parties on April 30, 2007.

/s/ Michael G. Busby Jr.
Michael G. Busby Jr.
ATTORNEY FOR DEBTOR

US Trustee
515 Rusk, Suite 3516
Houston, Texas  77002

Mr. David G. Peake
9660 Hillcroft, Suite 430
Houston, Texas  77096

Melanie R. Kirk
4013 Woodbriar Drive
Bryan, Texas  77802

Account Services
1802 N.E. Loop #410
San Antonio, Texas  78217

Americredit
801 Cherry St Ste 3900
Fort Worth, TX 76102

Arrow Financial Services
7301 N. Lincoln Ave., Suite 220
Lincolnwood, IL 60712-1709

Asset Acceptance
Po Box 2036
Warren, MI 48090

Bay Area Credit Service Inc.
50 Airport Parkway Ste 100
San Jose, CA  95110

Brazos County Tax Office
300 E William J Bryan Pkwy
Bryan, TX 77803

Bryan Emergency Physicians
P.O.Box 2282
Mansfield, TX 76063

Calvary Portfolio/Collection
7 Skyline Drive 3rd Floor
Hawthorne, NY 10532

Cash Advance
814 E Villa Maria
Bryan, TX 77802

Chase Manhattan Mortgage
10790 Rancho Bernardo Rd
San Diego, CA 92127

Credit Collection Services
Two Wells Avenue
Newton, MA 02459

Financial Control Services
6801 Sanger Ave Ste 195
Waco, TX 76710

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Gte Southwest Inc
Po Box 165018
Columbus, OH 43216

Hsbc Nv
Po Box 19360
Salinas, CA 93901

Internal Revenue Service
Special Procedures Branch
Insolvency Section
1919 Smith Mail Stop 5024
Houston, TX 77002

Medical Data Systems I
2001 9th Ave Ste 312
Vero Beach, FL 32960

NCO Financial
507 Prudential
Horsham, PA 19044

Sallie Mae Servicing
1002 Arthur Dr
Lynn Haven, FL 32444

St Joseph Regional Medical Center
P.O.Box 3867
Bryan, TX 77805-3867

St. Joseph Regional Med. Ctr
P.O.Box 3867
Bryan, TX 77805-3867

Star Furniture Co
Po Box 219169
Houston, TX 77218

Texas A & M University
Pavilion Rm 113/stnd Bus
College Station, TX 77843

Texas Aggie Credit Uni
201 Southwest Pkwy E
College Station, TX 77840

Verizon Sw
Po Box 165018
Columbus, OH 43216

West Asset
1000 F North Travi
Sherman, TX 75090